19 M 147 SLC

| Place of Offense: | Related Case Information: |
|---|---|
| City: Star Lake | Superseding Docket Number |
| County/Parrish: Vilas County | Same Defendant   New Defendant |
| Related Case: US -v- Taylor 19-mj-138-slc | Magistrate Judge Case Number |
| | Search Warrant Case Number  19-mj-62 |
| | R 20 / R40 from District of |

2019 DEC 23 AM 10:22 PETER OPPENEER CLERK US DIST COURT WD OF WI  DOC NO REC'D/FILED

### Defendant information:

Matter to be Sealed ___ Yes  ✓ No

Def. Name: JAMES KITZMAN
Alias Name:
City/State: Oak Creek, WI
Year of Birth: 1950  Last 4 digits of SSN: 5848
Sex: Male  Race: White

### U.S. Attorney Information:

DANIEL GRABER  Bar #:
Interpreter: ___ No  ___ Yes  List language and/or dialect:

### Location Status:

Arrest Date: _____
___ Already in Federal Custody as of: _____ in _____
___ Already in State Custody
___ On Pretrial Release

### U.S.C. Citations:

Total # of Counts: 1  ___ Petty  ✓ Misdemeanor  ___ Felony
✓ Class A
___ Class B
___ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 USC § 371 | Conspiracy to violate the Lacey Act | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: _____  Signature /s/ DANIEL GRABER